[No. 32831-0-I.     Division One.     March 27, 1995.]

*In the Matter of the Marriage of* RICHARD L. DOEGE, *Respondent, and* SHEILA SULLIVAN-DOEGE, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 91-3-08299-9, Donald D. Haley, J., entered May 6, 1993. *Affirmed* by unpublished opinion per Kennedy, J., concurred in by Pekelis, C.J., and Agid, J.

[No. 30535-2-I.     Division One.     March 27, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. ERNEST LEE ABBIT, JR., *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 91-1-05857-8, Arthur E. Piehler, J., entered March 23, 1992. *Affirmed* by unpublished opinion per Becker, J., concurred in by Pekelis, C.J., and Schultheis, J.

[No. 17089-2-II.     Division Two.     March 28, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBIN GLADYS BUTLER, *Appellant.*

Appeal from a judgment of the Superior Court for Clallam County, No. 92-1-00186-1, Kenneth D. Williams, J., entered April 26, 1993. *Affirmed in part* and *remanded* by unpublished opinion per Bridgewater, J., concurred in by Houghton, A.C.J., and Morgan, J.